IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

DIMARE FRESH, INC., a Florida corporation; DIMARE
RUSKIN, INC., a Florida corporation; DIMARE JOHNS
ISLAND, INC., a Florida corporation; GARGIULO, INC., a
Delaware corporation; DMB PACKING CORP., a Delaware
corporation; ARTESIAN FARMS INCORPORATED, a
Florida corporation; KUZZENS, INC., a Virginia
corporation; FARM OP, INC., a Florida corporation;
BUTLER FARMS, INC., a Florida corporation; SK
ENTERPRISES OF NORTH FLORIDA, INC., a Florida
corporation; TWO FEATHER FARM, INC., a Georgia
corporation; JUNIPER TOMATO GROWERS, INC., a
Florida corporation; TOWNSEND BROTHERS FARMS,
INC., a Florida corporation; PATTERSON FARM, INC., a
North Carolina corporation; WEST COAST TOMATO,
LLC, a Florida limited liability company; HIGH HOPE
FARMS, LLC, a Florida limited liability company;
HOPKINS FARMS, LLC, a Georgia limited liability
company; MOBLEY GREENHOUSE INVESTMENTS,
LLC, a Georgia limited liability company; QUALITY
PRODUCE, LLC, a Florida limited liability company; JWM
FARMS, LLC a Georgia limited liability company;
FLOWERS FARMS, LLC, a Georgia limited liability
company; GREGORY ENTERPRISES, LLC, a Florida
limited liability company; MICHAEL BOREK FARMS,
LLC, a Florida limited liability company; CIRCLE C
PRODUCE, a Georgia limited liability company; FRED
JACKSON d/b/a FRED JACKSON FARMS; DALE
MURRAY and GREG MURRAY individually and d/b/a
MURRAY FARMS; FRANK and ORA DIEHL d/b/a
FRANK DIEHL FARMS and DIEHL and LEE FARMS and
DAN JONES, individually,
                              Plaintiffs,

vs.                                                                   **Case No. 13-519 C**
                                                                     **(Judge Bush)**
THE UNITED STATES,
                              Defendant.
_____/

**PLAINTIFFS' MOTION TO JOIN ADDITIONAL PLAINTIFF**

Plaintiffs move to join an additional party Plaintiff to the Amended Complaint pursuant to Court of Federal Claims Rules 15(a)(2) and 20(a)(1). The proposed additional party Plaintiff is East Coast Brokers and Packers, Inc., a Florida corporation, c/o Gerard A. McHale, Jr., as Trustee. The joinder should relate back to the date of the original Complaint, per Court of Federal Claims Rule 15(c)(1).

The proposed additional Plaintiff's claim arises from the same transactions, occurrences, or series of transactions or occurrences alleged in the Amended Complaint, and involves the same factual and legal issues as the claims in the Amended Complaint. The proposed joinder will not otherwise change the Amended Complaint, which should be treated as amended by the joinder of the additional Plaintiff as one of the "Tomato Farmers and Producers" who are presenting claims for compensation.

Undersigned counsel has contacted counsel for the Defendant United States and reports that there is no objection to this Motion.

Wherefore, this Motion should be granted and East Coast Brokers and Packers, Inc., a Florida corporation, c/o Gerard A. McHale, Jr., as Trustee, deemed to be added as a party Plaintiff in this case.

4811-2552-1434.1
49012/0001

I HEREBY CERTIFY that the foregoing was filed with the Court's CM/ECF filing system this 12th day of May, 2014.

Respectfully submitted,

*s/ M. Stephen Turner*
M. Stephen Turner, P.A.
sturner@broadandcassel.com
pwilliams@broadandcassel.com (secondary)
mubieta@broadandcassel.com (secondary)
Broad and Cassel
215 South Monroe Street, Suite 400 (32301)
P.O. Drawer 11300
Tallahassee, FL 32302
Tel 850-681-6810; Fax 850-681-9792
Attorneys for Plaintiffs

4811-2552-1434.1
49012/0001